Case: 1:19-cv-01973
Assigned To : Friedrich, Dabney L.
Assign. Date : 7/2/2019
Description: PRO SE GEN CIV (F-DECK)

U. S District Court for the District of Columbia

*513 CRABB AVE. ROCKVILLE. MD 20850*

PLAINTIFF: Renjie Zhan, Representative of 252 Villagers at Xiadun
Village, Xibin Township. Youxi County, Fujian Province, China

*240-421-1630*

DEFENDANT: The World Bank

COMPLAINT: Renjie Zhan (known as 'plaintiff" hereafter),
Representative of 252 Villagers at Xiadun Village, Xibin Township, Youxi
County, Fujian Province, China, proceeds from his understanding of the
"long-arm jurisdiction" of American courts, which means that as long as
any foreign civil cases involve any American factor, then they come
under the jurisdiction of American courts; and that American law allows
one or two people to represent a group of people whose experience
they all share to launch a class-action lawsuit. The plaintiff complains
that the World Bank should be held accountable for a commercial loan
that it provided to the Chinese government for the construction of the
Shuikou Hydroelectric Power Station which forced migrants in the
Submersion District into a humanitarian disaster, and offer restitution
and relief to these migrants for their property losses.

PRELIMINARY ARGUMENT:

1. The Chinese government stipulated clearly the principle that
   people in an expanded resettlement project will receive the same
   treatment as those in a regular resettlement category in its
   " Regulations on Land Requisition Compensation and Migrants
   Resettlement Regarding Large- and Medium-sized Hydroelectric
   Power Stations";
2. The Fujian provincial government reaffirms in Item 3, Article 3 of
   the Min Zheng Ban (1983) 105th Document the principle that once
   a house is demolished, one other house will be built and

RECEIVED

JUL 02 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

transitional rent subsidy must be paid between the dates of residents moving out and their resettlement;

3. The world Bank, as an international financial institution funded by various governments in the world, should uphold the universal value, abide by a high ethics standard, work with governments in various countries through public interest assistance and commercial loans to promote world economic development, mankind civilization and social progress;

4. When the commercial loans provided by the World Bank to governments of various countries are used for the construction of dams or may involve migration of residents or may cause human rights to be affected, the World Bank has strict requirements, and has a 4/30 action plan to guide World Bank officials in exercising stringent monitor of how those loans are used to prevent human rights violations or humanitarian disasters from occurring.

## SUBSTANTIVE COMPLAINTS:

1. PLAINTIFF

5. In the early 1990s, the Chinese government made use of a commercial loan fron=m the world Bank to build the Fujian Shuikou Hydroelectric Power Station. In order to cut the cost and maximize the interests of those in power, the government formulated an extremely low compensation standard for the people in the Submersion District. See p. 26-28 in "Min Zheng (1989) 25th Comprehensive Document" in "A Compilation of Work Documents Regarding the Fujian Shuikou Hydroelectric Power Station Area (3)."

6. The local government set up a powerful organization consisting of elements of the Communist Party, the government and the armed forces. It has all decision-making powers and forces the migrants to move out under an extremely low compensation arrangement. For instance, the prefectural government established the "Fujian Shuikou Hydroelectric Power Station Area Work Joint Headquarters" headed by Lin Jinman, Standing Committee Member of the CPC County Committee, Secretary of the Political and Legal Affairs Committee and Chief of the Public Security Bureau; and consisting of government officials and Department of Armed Forces Personnel. See p. 93 in "A Compilation of Work Documents Regarding the Fujian Shuikou Hydroelectric Power Station Area (1)": A Speech by Deputy Provincial Governor Cai Ninglin.

7. Under such terrible circumstances, the work to remove the migrants out of the Submersion District had to depend on the efforts of government officials. In order to create incentive for those officials, the government meted out a self-fattening policy for these officials, known as "each office assuming responsibility for its share of the migration work." It didn't care how you would operate, as long as you could move people out of the Submersion District and resettle them. As far as the funds, various levels of government got to keep whatever surpluses were saved from the project. See p. 95 in the same document (above): 'A Speech by Deputy Provincial Governor Cai Ninglin."

8. Xiadun Village is the village with the most serious losses from the submersion for the hydroelectric power station. All farmland was submerged. Part of the forest was flooded too. There was no land locally to resettle the migrants; they had to be resettles in other places. Because of too many conflicts and problems, it became

the last administrative village in the Submersion Area to migrate, which was just seven months before the area was submerged. Government officials took various measures to drive the residents out. For example, villagers who had not moved out within a three-month deadline would have their assigned homesteads rescinded, etc.

9. 252 villagers in Xiadun Village did not receive any compensation for their lost land or houses. These migrants were forced to become refugees. The officials were only interested in driving people out. They did not care how these migrants would rebuild their lives or otherwise live without production resources. Some villagers were left in the old village, without water, electricity or roads. For years they survived by climbing mountains. Those who could not afford to build a house would have to temporarily rent a house or simply put up a shed to cover themselves from the rain. Life for migrants was really hard. It took them an average of 15 years from 1991 when the migration began to 2005 to basically complete the rebuilding of their houses. Two families, though, still could not afford to rebuild their houses. They had to stay in other places. (See pictures of homesteads and complaints by migrants.)

10. Government officials' self-fattening policy of "each office assuming its share of migration work" is the key reason why 252 migrants from Xiadun Village did not receive compensation for their houses. The various levels of government would only shift blame or responsibility to others without being willing to take out money they had already put into their own pockets. (See nie reports or documents from various governments.)

11. In 2002, migrants from the Submersion District, while suffering from an extremely hard life, could not help but rise in a large-scale anti-corruption campaign to demand migration

compensation payment that had been embezzled, because no migrant in the Submersion District had received any compensation for their land. In addition, this hydroelectric project used the World Bank's commercial loan a world-renowned model project. With the World Bank's reputation and influence on the line, how could the government allow the migrants' anti-corruption campaign to tarnish the project? Therefore, government officials issued a blackout of any news concerning the Submerged Area and proceeded to suppress the migrants with armed force.

12.     While arresting people in the Submersion District, the government began at this time to make very small payments to the 252 migrants from Xiadun Village. For those migrants who had been driven out of their homes in 1991 and had wandered around homeless for twelve years, the little payments were far from being enough to cover even a small bit of the damage that these people had incurred from migration. Moreover, their request for compensation for their houses was still denied. (See the 9th government document.)

13.     The 252 migrants from Xiadun Village have been appealing to government departments for justice for many years, consuming a lot of manpower and material resources. However, the issue of compensation for house remains unresolved. They have also filed lawsuits and sought assistance for various Departments of Justice. In the end, all efforts were rejected. Then in June of 2018 we were given a government document by a former government staff member that made us aware that the World Bank, in the position of investor, had given a commercial loan to the government for the construction of the Shuikou Hydroelectric Power Station, and the World Bank stands to profit

from the project. Therefore the World Bank has a responsibility for the fact that the Submersion District has given rise to a violation of human rights and a humanitarian disaster – a responsibility not to be shirked. Therefore, in accordance with American judicial procedure, we commission a formal representative to American Federal Court to sue the World Bank. (See the Bill of Indictment court document.)

II. DEFENDANT:

14.     World Bank officials, in providing the commercial loan to the Chinese government for the construction of the Shuikou Hydroelectric Power Station failed to perform their necessary responsibility in keeping a close watch in accordance with the 4/30 action plan, and turned a blind eye to the behavior of government officials and to the difficulty of the migrants on the ground in the Submersion District. Worse still, the World Bank used the fake data provided by government officials along with the Bank's authoritative platform and worldwide reputation to create jointly with Chinese officials " a pace-setting model award in a migration-related construction project," which award, ironically, it gave to those very government officials. The Bank also showcased the project to other countries, in an attempt to conceal the actual facts and deceive the people of the world. (See "World Bank 1998 Report")

15.     Action by World Bank officials has pushed the suffering migrants into a bottomless abyss. We all know that Chinese government officials always pursue honor and awards greedily and at any cost. They don't hesitate to use brutal means to

maintain a news blackout and conduct armed suppression of the migrants. Under the protection of the world Bank award, none of the corrupt officials in the project area is allowed to fall and compensation payments to the migrants are not allowed to be sought. The inability of the 252 migrants from Xiadun Village to receive compensation for their houses is directly linked to the behavior of World Bank officials, who must be held responsible.

## JUDGMENT REQUEST

16.    The plaintiffs respectfully request the following court judgment: the World Bank makes house compensation payments to the plaintiffs in the amount of US $ 12, 332, 500. See Youku (2001) 90th Document, "Seeking Instructions to resolve the Expanded Migration Issue in Xiadun Village": Migrants' houses 14039.58 square meters + 1656.32 square meters = 15695.9 square meters times 5500 Chinese yuan/square meters = 86.327,450 Chinese yuan divided by7 (exchange rate) = US $ 12, 332, 500.)

17.    The plaintiffs request that the Court rule that the defendant pays restitution in the amount of US $ 2,520,000 to cover damages and other costs incurred by the plaintiffs as a result of this incident.

18.    The plaintiffs also request that the Court rule that the defendant pay all costs related to this lawsuit.

詹仁杰  Ren jie zhan

7/2/2019